# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# DETROIT DIVISION

| | |
|---|---|
| In Re: | Case No. 18-47821-pjs |
| Mark A Ratajczak | Chapter 13 |
| Debtor(s). | Judge Phillip J. Shefferly |

## NOTICE OF APPEARANCE

    Now comes Molly Slutsky Simons, an attorney admitted to practice in the U.S. Bankruptcy Court, Eastern District of Michigan, and enters an appearance on behalf of U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE LODGE SERIES IV TRUST, in the above captioned proceedings.

    Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# DETROIT DIVISION

| | |
|---|---|
| In Re: | Case No. 18-47821-pjs |
| Mark A Ratajczak | Chapter 13 |
| Debtor(s). | Judge Phillip J. Shefferly |

## PROOF OF SERVICE

The undersigned does hereby certify that a copy of the Notice has been duly electronically serviced, noticed or mailed via U.S. First Class Mail, postage prepaid on November 4, 2019 to the following:

Mark A Ratajczak, Debtor
5634 Pebble Ridge Ct.
Ann Arbor, MI 48108

William D. Johnson, Debtor's Counsel
filing@acclaimlegalservices.com

Christopher W. Jones, Debtor's Counsel
filing@acclaimlegalservices.com

Brian D. Rodriguez, Debtor's Counsel
filing@acclaimlegalservices.com

Krispen S. Carroll, Trustee
notice@det13ksc.com

United States Trustee's Office
(registeredaddress)@usdoj.gov

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Attorney for Creditor